19-1250

(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Demetrias Davis
_____
(Name of Plaintiff or Plaintiffs)

v.

JPMorgan Chase
_____
(Name of Defendant or Defendants)

Civ. Action No._____
(To be assigned by Clerk's Office)

COMPLAINT FOR
EMPLOYMENT DISCRIMINATION
(Pro se)

Jury Demand?
☒ Yes
☐ No

FILED 2019 JUL -2 PM 3:56 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

1. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

   ☒ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at 278 E. Mt. Vernon St
   (Street Address)
   Smyrna          Kent         DE        19977
   (City)          (County)     (State)   (Zip Code)
   Cell 302-276-9754 . Attach additional sheets if more than one Plaintiff.
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 4041 Ogletown Stanton Rd
   (Street Address)
   Newark                       DE        19713
   City            (County)     (State)   (Zip Code)

Attach additional sheets if more than one Defendant.

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __JPMorgan Chase__ place of business
(Defendant's Name)
located at __4041 Ogletown Stanton Road__
(Street Address)
__Newark__ __DE__ __19713__
(City) (County) (State) (Zip Code)

5. The alleged discriminatory acts occurred on ____, ____, ____.
(Day) (Month) (Year)

6. The alleged discriminatory practice ☐ is ☑ is not continuing.

7. On __13__, __April__, __2018__, Plaintiff filed charges
(Day) (Month) (Year)
with the Department of Labor of the State of Delaware: __Division of Industrial Affaires__
(Agency)
__4425 N. Market St__ __Wilmington__ __New Castle__
(Street Address) (City) (County)
__DE__ __19802__, regarding defendant's alleged discriminatory conduct.
(State) (Zip Code)

8. On __13__, __April__, __2018__, Plaintiff filed charges
(Day) (Month) (Year)
with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __13__, __April__, __2018__.
(Day) (Month) (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

   A. ☐ Failure to employ plaintiff.
   B. ☐ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: _____.
   C. ☑ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: __May 2018__.
   D. ☐ Other acts (please specify): __I was discriminated against base on my age and my disability to transfer to another position__

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

- A. ☑ Plaintiff's race
- B. ☐ Plaintiff's color
- C. ☐ Plaintiff's sex
- D. ☐ Plaintiff's religion
- E. ☐ Plaintiff's national origin
- F. ☑ Plaintiff's age
- G. ☑ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)

THEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

- A. ☑ Injunctive relief (specify what you want the Court to order): _____
- B. ☐ Back pay.
- C. ☐ Reinstatement to former position.
- D. ☑ Monetary damages in the amount of 500,000.00.
- E. ☐ That the Court appoint legal counsel.
- F. ☑ Such relief as may be appropriate, including costs and attorney's fees.
- G. ☑ Other (specify): Promote and transfer

I/We declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/2/19

_Demetry Pain_
(Signature of Plaintiff)

N/A
(Signature of additional Plaintiff)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – OFFICE OF ANTI-DISCRIMINATION

**19-1250**

Demetrias Davis
278 E Mt. Vernon Street
Smyrna, DE 19977

Case No.: DAV041318

vs.

JPMORGAN CHASE
4041 Ogletown Road,
Newark, DE 19713

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Administrative Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has determined that there is no further benefit which can be provided to the parties under the administrative process. The Department hereby issues this Administrative Dismissal to signal the end of the administrative process without a specific finding. This Administrative Dismissal also provides the Charging Party with a Delaware Right to Sue Notice.

Specifically, Charging Party is alleging that she was harassed and disciplined because of her race, color disability and in retaliation for filing an internal complaint against another employee. Charging Party has not provided any information to suggest that she was engaged in protected activity or that she experienced a material adverse employment action. It is noted that Charging Party was placed on a performance improvement plan, however this is not a material adverse employment action. Moreover, Charging Party alleges that she was harassed because of her race, color, age and disability. Here too, there is no information to suggest that she was harassed because of these protected classes. Respondent further indicated that Charging Party has not filed this complaint in "good faith." In other words, Charging Party and a rival coworker, engaged in the same and or similar behavior and neither experienced a tangible adverse employment action. As such this claim is dismissed.

This administrative dismissal is based upon 19 Del. C. § 712 (c) (5) which states: "End of administrative process. In all cases where the Department has dismissed the Charge, issued a No Cause Determination or upon the parties failed conciliation efforts, the Department shall issue a Delaware Right to Sue Notice, acknowledging the Department's termination of the administrative process. Once the Department has issued its preliminary findings pursuant to subsection (2), the Department, in its discretion, may grant a Delaware Right to Sue Notice to a Charging Party."

See the attached Notice of Rights.

17C_C-12-A Admin Dismiss.doc : rev. 11/18

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Office of Anti-Discrimination.

*James F. B̶*

April 12, 2019

James F. Billups III, Administrator
Office of Anti-Discrimination

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_C-12-A Admin Dismiss.doc : rev. 11/18

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | 19-1250<br>DAV041318<br>17C-2018-00401 |

**Delaware Department of Labor** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Demetrias Davis | (302) 276-9754 | 1962 |

Street Address: 278 E Mt. Vernon Street, Smyrna, DE 19977

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JPMORGAN CHASE | 500 or More | (800) 577-5821 |

Street Address: 4041 Ogletown Road, Newark, DE 19713

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2017    Latest: April 2018
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Jurisdiction:** Charging Party has worked for Respondent (DE employer; more than 500 employees) as a Human Resources Delivery Specialist II since July 30, 2014. Charging Party presented this discrimination complaint to DDOL on April 13, 2018.
**Charging Party's protected class:** Race, Color, Disability, Retaliation, Age (DOB: 04/28/1962)
**Adverse employment action:** Harassment, Discipline
**Brief statement of allegations:** Charging Party asserts in February 2017 she received a Performance Improvement Plan for a "behavioral issue" despite receiving a "High Meets Expectations" on her 2016 evaluation. Charging Party avers that she unjustly received the Performance Improvement Plan from Supervisor, Darlene Gibson. Charging Party asserts Ms. Gibson disciplined her because Charging Party followed the Respondent's policy concerning a human resources employee's case. Charging Party asserts she informed Human Resources Liaison, Michele Velasquez that Ms. Gibson violated the code of conduct policy and instructed her to violate the standard operating procedure. Charging Party alleges that she was subjected to retaliation from Ms. Gibson in April 2018 because of her complaints to Ms. Velasquez. Charging Party avers she received a "Meets Expectations" on her 2017 evaluation, despite her 100% quality score. Charging Party asserts coworker, Lakia Martin (Lighter complexion than Charging Party) receives more favorable treatment because of her color and age (32 y/o).

Charging Party asserts that she was forced to work alone for two weeks in July 2017 because of her disability. Charging Party also alleges Manager, Peter Candela and Ms. Gibson singled her out in October 2017. Charging Party asserts Respondent drew attention to her disability, race, and age by unnecessarily assigning three co-workers without

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>X |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date     Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>DAV041318<br>17C-2018-00401 |
|---|---|---|
| Delaware Department of Labor | | and EEOC |
| State or local Agency, if any | | |

disabilities to her work. Charging Party asserts the three coworkers assigned to draw attention are ; Cathi Common (White, approx.. 42 y/o), Deaneen Crabtree (White, approx. 32 y/o), and Joanne DeLong (White, Age unknown)
**Respondent's explanation:** unknown
**Applicable law(s):** Delaware Discrimination in Employment Act, as amended, TITLE VII OF 1964 CIVIL RIGHTS ACT, AGE DISCRIMINATION IN EMPLOYMENT, ADA
**Comparator(s) or other specific reason(s) for alleging discrimination:** Charging Party asserts Human Resources Delivery Specialist II's Lakia Martin, Cathi Common, Joanne DeLong, and Deanene Crabtree are treated more favorably than Charging Party.
Nothing further follows. (x) DB

FAWN WALKER
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES TERM OF EMPLOYMENT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements x [signature] |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>X Bennet Davis |
| 8/22/18<br>Date     x Bennet Davis<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>8/22/18 |