IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIAS DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 19-1250-CFC ) |
| JP MORGAN CHASE, | ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 20th day of August, 2019, plaintiff having filed a notice of voluntary dismissal on August 14, 2019;

IT IS ORDERED that the case is closed per the notice of voluntary dismissal (D.I. 5).

_____
United States District Judge